IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| SENTRY SELECT INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | No. 05-1356-T/An |
| MIKE RILEY, SR., and MIKE RILEY, JR., | ) ) ) | |
| Defendants. | ) ) | |
| AMERICAN AMBASSADOR CASUALTY COMPANY; and N.L. MONTGOMERY AND SON SAWMILL, INC., | ) ) ) ) ) | |
| Intervenor defendants. | ) | |

ORDER GRANTING MOTION TO INTERVENE

The plaintiff, Select Sentry Insurance Company, filed this action against Mike Riley, Sr. and Mike Riley, Jr., seeking a declaratory judgment of no coverage under a specified insurance policy and no duty under the policy to defend in a wrongful death action pending against the Rileys in the Circuit Court of McNairy County, Tennessee.

The plaintiff in the pending state court action, Ruby Brown, has filed a motion to intervene as a defendant in this action, pursuant to Federal Rule of Civil Procedure 24(a). A proposed answer is attached to the motion to intervene.

As no party has filed an objection, the motion to intervene is GRANTED. Ruby Brown is hereby permitted to intervene in this action as a defendant, and is ORDERED to file her answer electronically within five days after the entry of this order.

IT IS SO ORDERED.

    s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE